**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
BRANDON A. BORN, ESQ.
Nevada Bar No. 15181
**THE702FIRM**
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:     brandon@the702firm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| YASMIN HUSROM; JAMIL HUSROM, <br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS MEDICAL GROUP, LLC; NAUMAN JAHANGIR, M.D.; GLAXOSMITHKLINE, LLC; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BOEHRINGER INGELHEIM USA CORPORATION; BOEHRINGER INGELHEIM CORPORATION; SANOFI US SERVICES, INC.; SANOFI S.A.; SANOFI-AVENTIS U.S. LLC; CHATTEM, INC.; SMITH'S FOOD & DRUG CENTERS, INC.; WALMART, INC.; CVS PHARMACY, INC.; WALGREEN CO. d/b/a WALGREENS; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:21:-cv-01929-JCM-DJA<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON RETAILER DEFENDANTS' MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs, YASMIN HUSROM and JAMIL HUSROM, by and through their undersigned counsel, THE 702 FIRM, and Defendant, WALMART INC., by and through their undersigned counsel of record, HOLLAND & HART LLP and SHOOK, HARDY & BACON LLP, Defendants CVS

1  PHARMACY INC. and WALGREEN CO., by and through their undersigned counsel of record
2  BARNES & THORNBURG LLP, and Defendant SMITH'S FOOD & DRUG CENTERS, INC..,
3  by and through their counsel of record TRENAM, KEMKER SCHARF, BARKIN, FRYE,
4  O'NEIL & MULLIS, P.A., that the briefing schedule, regarding Retailer Defendants' Motion to
5  Dismiss, will be modified.  The parties, through their undersigned counsel, hereby stipulate and
6  agree as follows:
7      WHEREAS, on October 26, 2021, Defendants filed their Motion to Dismiss and/or
8  Motion to Strike ("Motion");
9      WHEREAS, on October 19, 2021, Defendant Boehringer Ingelheim Pharmaceuticals,
10 Inc., noticed the instant case as a potential tag-along actin to MDL No. 2924 to the United States
11 Judicial Panel on Multidistrict Litigation;
12     WHEREAS, on November 1, 2021, the Clerk of the Panel transferred the instant matter
13 under 28 U.S.C. §1407 to the Southern District of Florida, pursuant to Rule 7.1 of the Rules of
14 Procedure of the United States Judicial Panel on Multidistrict Litigation with Conditional
15 Transfer Order 80 (CTO-80);
16     WHEREAS, on November 8, 2021, Plaintiffs submitted their Notice of Opposition to the
17 Conditional Transfer Order;
18     WHEREAS, on November 9, 2021, Plaintiffs' opposition to Defendants' Motion was
19 due, and as a result of the aforementioned pleadings involving the Conditional Transfer Order,
20 Plaintiffs requested additional time to prepare their opposition to Defendants' Motion and
21 Defendants granted that request;
22     NOW, therefore, the parties hereby STIPULATE that Plaintiffs' Opposition to
23 Defendant's Motion to Dismiss will be due November 23, 2021 and Defendant's Reply will be
24 due December 7, 2021.
25 ///
26 ///
27 ///
28

**IT IS SO STIPULATED**.

DATED this 9th day of November, 2021.                    DATED this 9th day of November, 2021.

THE702FIRM                                                                    HOLLAND & HART LLP

____/s/ Brandon Born_____                      _____/s/ Amanda Baker_____
MICHAEL C. KANE, ESQ.                                            BRYCE K. KUNIMOTO, ESQ.
Nevada Bar No.: 10096                                                Nevada Bar No.: 7781
BRADLEY J. MYERS, ESQ.                                         AMANDA BAKER, ESQ.
Nevada Bar No.: 8857                                                  Nevada Bar No. 15172
BRANDON A. BORN, ESQ.                                        Attorneys for Defendant
Nevada Bar. No.: 15181                                              *Walmart Inc.*
Attorneys for Plaintiffs

DATED this 9th day of November, 2021.                    DATED this 9th day of November, 2021.

SHOOK, HARDY, & BACON LLP                              TRENAM, KEMKER, SCHARF, BARKIN,
                                                                                      FRYE, O'NEILL & MULLIS

____/s/ Devin A. Moss_____                    ___/s/ Fredrick H.L. McClure_____
DEVIN A. MOSS, ESQ.                                              FREDRICK H. L. MCCLURE
(*pro hac vice forthcoming*)                                      (*pro hac vice forthcoming*)
Attorneys for Defendant                                              Attorneys for Defendant
*Walmart Inc.*                                                             *Smith's Food & Drug Centers*

DATED this 9th day of November, 2021.

BARNES & THORNBURG LLP


____/s/ Sarah E. Johnston_____
SARAH E. JOHNSTON, ESQ.
(pro hac forthcoming)
Attorneys for Defendants *CVS Pharmacy, Inc.
and Walgreen Co.*

### ORDER

IT IS SO ORDERED November 10, 2021.

_____
UNITED STATES DISTRICT JUDGE