**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
BRANDON A. BORN, ESQ.
Nevada Bar No. 15181
**THE702FIRM**
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:     brandon@the702firm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| YASMIN HUSROM; JAMIL HUSROM,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS MEDICAL GROUP, LLC; NAUMAN JAHANGIR, M.D.; GLAXOSMITHKLINE, LLC; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BOEHRINGER INGELHEIM USA CORPORATION; BOEHRINGER INGELHEIM CORPORATION; SANOFI US SERVICES, INC.; SANOFI S.A.; SANOFI-AVENTIS U.S. LLC; CHATTEM, INC.; SMITH'S FOOD & DRUG CENTERS, INC.; WALMART, INC.; CVS PHARMACY, INC.; WALGREEN CO. d/b/a WALGREENS; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:21:-cv-01929-JCM-DJA<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON BRAND DEFENDANTS' MOTION TO DISMISS AND/OR MOTION TO STRIKE** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs, YASMIN HUSROM and JAMIL HUSROM, by and through their undersigned counsel, THE 702 FIRM, and Defendant, GLAXOSMITHKLINE, LLC, by and through their undersigned counsel of record, EVANS FEARS & SCHUTTERT LLP, Defendants BOEHRINGER INGELHEIM

1. PHARMACEUTICALS, INC. and BOEHRINGER INGELHEIM USA CORPORATION;
2. BOEHRINGER INGELHEIM CORPORATION, by and through their undersigned counsel of
3. record EVANS FEARS & SCHUTTERT LLP and KING & SPALDING LLP, and Defendants
4. SANOFI US SERVICES, INC., SANOFI S.A., SANOFI-AVENTIS U.S. LLC and CHATTEM,
5. INC., by and through their counsel of record GARMAN TURNER GORDON LLP, that the
6. briefing schedule, regarding Brand Defendants' Motion to Dismiss and/or Motion to Strike, will
7. be modified.  The parties, through their undersigned counsel, hereby stipulate and agree as
8. follows:
9. WHEREAS, on October 26, 2021, Defendants filed their Motion to Dismiss and/or
10. Motion to Strike ("Motion");
11. WHEREAS, on October 19, 2021, Defendant Boehringer Ingelheim Pharmaceuticals,
12. Inc., noticed the instant case as a potential tag-along actin to MDL No. 2924 to the United States
13. Judicial Panel on Multidistrict Litigation;
14. WHEREAS, on November 1, 2021, the Clerk of the Panel transferred the instant matter
15. under 28 U.S.C. §1407 to the Southern District of Florida, pursuant to Rule 7.1 of the Rules of
16. Procedure of the United States Judicial Panel on Multidistrict Litigation with Conditional
17. Transfer Order 80 (CTO-80);
18. WHEREAS, on November 8, 2021, Plaintiffs submitted their Notice of Opposition to the
19. Conditional Transfer Order;
20. WHEREAS, on November 9, 2021, Plaintiffs' opposition to Defendants' Motion was
21. due, and as a result of the aforementioned pleadings involving the Conditional Transfer Order,
22. Plaintiffs requested additional time to prepare their opposition to Defendants' Motion from
23. Defendants and Defendants agreed;
24. NOW, therefore, the parties hereby STIPULATE that Plaintiffs' Opposition to
25. Defendant's Motion will be due November 23, 2021 and Defendant's Reply will be due
26. December 14, 2021.
27. ///
28. ///

**IT IS SO STIPULATED**.

DATED this 9th day of November, 2021.          DATED this 9th day of November, 2021.

THE702FIRM                                     EVANS FEARS & SCHUTTERT LLP

   /s/ Brandon Born                               /s/ Justin S. Hepworth
MICHAEL C. KANE, ESQ.                          KELLY A. EVANS, ESQ.
Nevada Bar No.: 10096                          Nevada Bar No.: 7691
BRADLEY J. MYERS, ESQ.                         CHAD R. FEARS, ESQ.
Nevada Bar No.: 8857                           Nevada Bar No. 6970
BRANDON A. BORN, ESQ.                          JUSTIN S. HEPWORTH, ESQ.
Nevada Bar. No.: 15181                         Nevada Bar No.: 10080
Attorneys for Plaintiffs'                      Attorneys for Defendants
                                               *GlaxoSmithKline LLC, Boehringer
                                               Ingelheim Pharmaceuticals, Inc., and
                                               Boehringer Ingelheim USA Corporation*

DATED this 9th day of November, 2021.          DATED this 9th day of November, 2021.

GARMAN TURNER GORDON LLP                       KING & SPALDING LLP


   /s/ Erika Pike Turner                          /s/ Julia Zousmer
ERIKA PIKE TURNER, ESQ.                        ANDREW T. BAYMAN
Nevada Bar No.: 6454                           (pro hac vice forthcoming)
Attorneys for Defendants                       ROBERT B. FRIEDMAN
*Sanofi US Services, Inc., Sanofi-Aventis*     *(admitted pro hac vice)*
*U.S. LLC, and Chattem, Inc.*                  JULIA ZOUSMER
                                               (admitted pro hac vice)
                                               Attorneys for Defendants
                                               *Boehringer Ingelheim Pharmaceuticals,*
                                               *Inc., and Boehringer Ingelheim USA*
                                               *Corporation*

## ORDER

IT IS SO ORDERED November 10, 2021.

_____
UNITED STATES DISTRICT JUDGE